# CRIMINAL COURTROOM MINUTE SHEET
# GRAND JURY ARRAIGNMENT

**DATE:** Dec 4, 2025     **CASE:** CR-25-470-SLP

**Start Time:** 3:29     **End Time:** 3:35     **COURTROOM:** 103

**MAGISTRATE JUDGE SHON T. ERWIN**     **COURTROOM DEPUTY ANDREA CASTER**

**UNITED STATES OF AMERICA vs.** Anthony Michael Lennon

Defendant States true and correct name as: Justin Tyler Phillips     **AGE:**

**Government Cnsl:** Tiffany Edgmon     **Defendant Cnsl:** Traci Rhone

**U.S. Probation Officer:** Jennifer Jones     Public Defender

- [x] Defendant Appears, custody of U.S. Marshal with Counsel     **Interpreter:**
- [ ] Defendant advised of his / her right of consular notification,
- [x] Court inquires of Government regarding notification of victim(s) under Justice for All Act.
- [x] Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.
- [x] Dft advised of his / her right to an attorney.     [x] Dft fully advised of the substance of the count(s).
- [x] Dft provided copy of Indictment     [x] Dft waives reading of the Indictment by the Court.
- [x] Dft enters plea of Not Guilty

---

- [x] Case set on jury docket beginning the week of January 13, 2026 before U.S. District Judge Scott Palk

---

- [ ] Government recommends defendant be released on
- [x] Government recommends defendant be detained based on Risk of Flight and Danger to the Community
- [ ] Government
    - [ ] Upon motion of the Government and request for continuance by
    - [ ] Detention Hearing is set for
- [ ] Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.
- [ ] Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

## The Court Orders:

- [x] **FRCrP5(f) REMINDER:** As required by Rule 5(f), the Court reminds the United States of it disclosure obligation under *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny. Possible consequences for a violation of this obligation may include, but are not limited to, exclusion of evidence at trial, a finding of contempt, granting a continuance, or dismissal of the charges with prejudice
- [ ] Defendant temporarily detained pending Detention hearing. Written Order entered. Defendant remanded to custody of U.S. Marshal.
- [x] Defendant detained per Detention Order previously entered. Defendant remanded to custody of U.S. Marshal.
- [ ] Defendant released on previously posted bond with conditions per Release Order.
- [ ] Unsecured Bond set at     with conditions per Release Order.
- [ ] Secured Bond set at     with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.
- [ ] Defendant remanded to the custody of U.S. Marshal pending execution of bond.
- [ ] Defendant remanded to the custody of U.S. Marshal.

Motion to change name on Indictment by Defendant. Government asks motion to be denied.