**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,      )
           )
     Plaintiff,      )
           )
v.          )     Case No. CR-25-470-SLP
           )
ANTHONY MICHAEL LENNON,     )
           )
     Defendant.     )

## O R D E R

Before the Court is the Government's Motion for Remote Testimony [Doc. No. 41]. The Government requests leave for one of its witnesses, Agent Aaron Engstrom, to testify remotely at trial via video teleconferencing. The Motion represents that defense counsel does not object to the request. Upon review, the Motion is GRANTED.

IT IS SO ORDERED this 8th day of April, 2026.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE