**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO: CR-25-470-SLP |
| | ) | |
| ANTHONY MICHAEL LENNON, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant, ANTHONY MICHAEL LENNON. I certify that I am admitted to practice in this court and am registered to file documents electronically with this Court.

April 10, 2026

_____

BONNIE J. BLUMERT, OBA No. 31945
ASSISTANT FEDERAL PUBLIC DEFENDER
OFFICE OF THE FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF OKLAHOMA
215 Dean A. McGee   Suite 109
Oklahoma City, Oklahoma 73102
Telephone: 405-609-5930
Facsimile: 405-609-5932
Electronic Mail: bonnie_blumert@fd.org
Counsel for Mr. Lennon

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic filing to Tiffany Edgmon and Angela Ganote, Assistant United States Attorneys.

_____

BONNIE J. BLUMERT