**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.: CR-25-470-SLP |
| | ) | |
| ANTHONY MICHAEL LENNON, | ) | |
| | ) | |
| *Defendant.* | ) | |

**DEFENDANT'S OBJECTIONS TO GOVERNMENT'S PROPOSED JURY
INSTRUCTIONS AND VERDICT**

COMES NOW Defendant Anthony Michael Lennon, through undersigned counsel, Traci L. Rhone, hereby objects to the Government's proposed jury instructions (Doc 42) as set forth below.  Mr. Lennon seeks leave to further object depending on the progress of the trial.

General Objection

Mr. Lennon objects to the use of the term "defendant" throughout the instructions. Mr. Lennon requests his name be inserted throughout the instructions where "defendant" is used.

General Corrections

Counsel for Mr. Lennon requests that his attorney's name be listed as "Traci L. Rhone" throughout the instructions.

1

Preliminary Instructions Before Trial

Mr. Lennon requests that his attorneys be listed as "Traci L. Rhone and Bonnie Blumert". There has been a change in listed counsel for Mr. Lennon.

Expert Witnesses

Mr. Lennon objects to this instruction. This instruction should not be given until and unless a determination is made that a particular witness qualifies as an expert.

Similar Acts

Mr. Lennon objects to this instruction being given until and unless a determination is made that other crimes/bad acts are ruled admissible.

On or about

Mr. Lennon objects to this nonpattern instruction being given. The proposed instruction as written is unnecessary, prejudicial, and confusing to the jury. It implies more than one crime is to be decided by the jury and misstates the burden of proof of the government. The Tenth Circuit Pattern instruction should be used.

Investigative Techniques

Mr. Lennon objects to this proposed instruction. Mr. Lennon believes his instruction should be used instead (Doc. 43 at 37-38).

Elements of Failure to Register as a Sex Offender

Mr. Lennon objects to this instruction. The instruction does not accurately outline all the elements the Government is required to prove.  Mr. Lennon believes his instruction

2

sets forth the elements the Government must prove. Mr. Lennon submits that the Government must prove that he knew he was required to register as a sex offender and that he was to do so within three days of change of residence as well as his requirement to register with a law enforcement agency, in this case Cleveland County Police Department. The Government's proposed instruction does not clearly outline its obligations for the jury.

Mr. Lennon believes his instructions should be used instead (Doc. 43 at 14).

Opening

Mr. Lennon objects in part to this instruction. The instruction (Doc. 42 at 30) should advise that the order of the options given should be "not guilty" and "guilty" in both sentences referencing the same rather than the order suggested.

Verdict Form

Mr. Lennon objects to this verdict form. The verdict options given to the jury should be modified to read, "not guilty" first followed by the option "guilty" rather than the reverse. This order is more in line with the presumption of innocence. Mr. Lennon believes his verdict forms should be used instead (Doc. 43 at 39).

Respectfully submitted,

s/ *Traci L. Rhone*
TRACI L. RHONE
ASSISTANT FEDERAL PUBLIC DEFENDER
Oklahoma Bar Number: 19285
FEDERAL PUBLIC DEFENDER'S OFFICE

3

WESTERN DISTRICT OF OKLAHOMA
215 Dean A. McGee   Suite 109
Oklahoma City, Oklahoma 73102
Telephone: 405-609-5930
Telefacsimile: 405-609-5932
Electronic Mail: traci_rhone@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Electronic filing to Tiffany Edgmon, Special Assistant United States Attorney.

s/ Traci L. Rhone
TRACI L. RHONE

4