**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-25-470-SLP |
| | ) | |
| ANTHONY MICHAEL LENNON, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court are:  (1) the Government's Motion in Limine to Admit Evidence as Intrinsic or as Rule 404(b) Evidence [Doc. No. 30]; (2) the Government's Motion in Limine [Doc. No. 44]; and (3) Defendant's Omnibus Motion in Limine [Doc. No. 45].  The Court sets these matters for hearing, if necessary, along with any remaining pretrial issues, on Monday, April 13, 2026 at 3:30 p.m. in Courtroom 304.  However, should the Court issue a written Order on these motions before the hearing, the hearing will be stricken.

IT IS SO ORDERED this 10th day of April, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE