# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No. CR-25-470-SLP |
| | ) | |
| ANTHONY MICHAEL LENNON, | ) | |
| a/k/a Justin Tyler Williams, | ) | |
| a/k/a Justin Tyler Phillips, | ) | |
| | ) | |
| **Defendant.** | ) | |

## RESPONSE TO DEFENDANT'S OBJECTION TO THE UNITED STATES' MOTION OF EXPERT WITNESS

The United States hereby responds to Defendant's Objection to the Notice of Expert Witnesses (Doc. 50) and submits the Notice (Doc. 33) and referenced documents[1] satisfy the government's requirements regarding expert witness notification. The government will take each expert in turn.

Ms. Brown is a Criminalist[2] with the Oklahoma State Bureau of Investigation ("OSBI") and has significant experience in processing and examination of latent prints. Ms. Brown's curriculum vitae ("CV") indicates she is a Certified Latent Print Examiner

---

[1] As stated in the Government's Notice of Expert Witness, each witness's CV and signed report were provided to Defendant. (LEN_000131; LEN_000470–000471; LEN_000502–000504; LEN_001036–001037; LEN_001038; LEN_001334–001343; LEN_001372–LEN_0001381; LEN_001382–001388; LEN_001389–001406; and LEN_001407–LEN_001435.) Some reports were conveyed more than once.

[2] Criminalist is a general term used by OSBI for forensic analysts, regardless of specialty.

with the International Association for Identification and has been so certified since 2018. Her CV also indicates she has been employed with OSBI as a Criminalist in the Latent Evidence Unit since 2013. Ms. Brown has been a supervisor of that unit since November 2025. Ms. Brown's CV further lists trainings she has attended and those she has taught. Ms. Brown listed two cases in which she testified, one of which was within the last four years. Ms. Brown's CV does not list publications authored within the last 10 years because Ms. Brown has not submitted anything for publication in the last 10 years. Ms. Brown's signed report indicates she compared the known fingerprints and palm prints from Justin Phillips and "identified" those prints to the known prints of Anthony Lennon. At trial, the government intends to elicit Ms. Brown's conclusion from this report and that the prints she collected from a person who identified themselves as "Justin Phillips" were identified as those belonging to Anthony Lennon.

Ms. Helms is a Criminalist with OSBI and has significant experience in processing and examination of DNA evidence.  Ms. Helms' CV indicates she has both Bachelor and Master degrees in Forensic Science. Ms. Helms began in the Forensic Biology Unit at OSBI in 2003. Ms. Helms also includes an extensive list of prior trainings she has attended, many of which involve processing and analyzing DNA evidence. Ms. Helms' CV does not include a list of cases in which she has testified because Ms. Helms has not testified since attaining her current role, in which she oversees the administrative aspects of various labs at OSBI. Specifically, Ms. Helms last testified in November 2021. In her signed report, Ms. Helms specifies the process she used to develop DNA profiles from two sets of swabs, after which she concluded Jacqueline Lennon could not be excluded as the potential

biological parent of the male DNA obtained from swabs of blood. At trial, the government intends to elicit testimony of the same at trial.

Ms. Duke is a Criminalist with OSBI and has significant experience in processing and examination of DNA evidence.  Ms. Duke's CV indicates she has a Bachelor of Science in Cell and Molecular Biology. Ms. Duke began in the Forensic Biology Unit at OSBI in 2002. Ms. Duke also includes an extensive list of prior trainings she has attended, many of which involve processing and analyzing DNA evidence. In her signed report, Ms. Duke specifies the process she used to develop a DNA profile from swabs collected by another member of OSBI in December 2025. The subject who was swabbed identified himself as "Justin Phillips." Ms. Duke concluded the profile obtained from the "Justin Phillips" swabs were consistent with the partial, single source, male DNA profile obtained from the above-mentioned blood swab. At trial, the government intends to elicit testimony of the same.

Ms. Dalley Graff is a Forensic Analysist employed at Graff Investigative and Forensic Training and has extensive experience processing and analyzing crime scenes, including analyzing blood patterns. Ms. Dalley Graff's CV reflects she has a Bachelor degree in Science-Biology and a Master degree in Arts-Secondary Sciences. Ms. Dalley Graff was employed by OSBI from 1989 to 2009. Since that time, she has been an independent consultant and educator in the forensic examination and analysis of crime scenes. Her CV includes an extensive list of prior certifications, trainings (both taught and attended), and professional associations. Ms. Dalley Graff's list of prior testimony is not included in her CV but was provided in a separate document. Said list was provided to

Defendant concurrently with the CV. Ms. Dalley Graff's 10-page, signed report was also provided with the above-mentioned documents. In her report, Ms. Dalley Graff detailed her many observations and conclusions. The report provides a sufficient summary of the observations and conclusions the government anticipates eliciting at trial.

Wherefore, the government requests this Court deny Defendant's request to exclude the expert witnesses' testimony. The government defers to this Court's decision on whether to hold a *Daubert* hearing despite the late request.

Respectfully,

ROBERT J. TROESTER
United States Attorney

*s/ Tiffany Edgmon*
TIFFANY EDGMON
Oklahoma Bar No. 32843
Assistant United States Attorney
ANGELA GANOTE
Oklahoma Bar No. 33887
Special Assistant United States Attorney
210 Park Ave., Suite 400
Oklahoma City, OK 73102
(405) 553-8700 (Office)
(405) 553-8888 (Fax)
tiffany.edgmon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Traci Rhone and Bonnie Blumert, counsel for Defendant Anthony Michael Lennon

*s/ Tiffany Edgmon*
TIFFANY EDGMON

4