**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | Case No. <u>**CR-25-470-SLP**</u> |
| | ) | |
| **ANTHONY MICHAEL LENNON,** | ) | |
| **a/k/a Justin Tyler Williams,** | ) | |
| **a/k/a Justin Tyler Phillips,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>GOVERNMENT'S SUPPLEMENTAL PROPOSED</u>**
**<u>JURY INSTRUCTION</u>**

The United States respectfully submits these proposed jury instructions.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

<u>***s\Tiffany Edgmon***</u>
Tiffany Edgmon, OK Bar No. 32843
Angela Ganote, OK Bar No. 33887
Assistant United States Attorneys
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8700 (Office)
tiffany.edgmon@usdoj.gov
angela.ganote@usdoj.gov

**INSTRUCTION NO. _____**

## COUNT 1:  FAILURE TO REGISTER AS A SEX OFFENDER

The defendant is charged in Count One of the indictment with failure to register as a sex offender.  To find the defendant guilty of this crime you must be convinced the government has proved each of the following beyond a reasonable doubt:

*First:*       Defendant is a person required to register under the Sex Offender Registration and Notification Act (SORNA);

*Second:*       Defendant traveled in interstate or foreign commerce; and

*Third:*       Defendant knowingly failed to register or update a registration as required under SORNA;

You are instructed that the parties have stipulated and agreed that, at the time of the alleged offense in this case, between in or about March 2012, and in or about October 2025, Defendant, Anthony Michael Lennon, had previously been convicted of a crime for which he was required to register as a Sex Offender under SORNA.