**DEFENDANT'S REQUESTED**
**INSTRUCTION NO. _____**

**FAILURE TO REGISTER AS A SEX OFFENDER**

Anthony Michael Lennon is charged with a violation of 18 U.S.C. section 2250(a).

This law makes it a crime to fail to register as a sex offender when required to register under the Sex Offender Registration Notification Act ("SORNA").

To find Mr. Lennon guilty of this crime you must be convinced that the government has proved each of the following beyond a reasonable doubt:

*First:* Mr. Lennon has stipulated that he has been previously convicted of sex crime. You can accept his stipulation as proof that the United States has proven this element;

*Second:* Mr. Lennon received notice that he was required to register as a sex offender;

*Third*: Mr. Lennon failed to register with the Cleveland County Police Department:

*Fourth*: Mr. Lennon failed to register within three (3) business days after his change of residence.

Oklahoma Uniform Criminal Jury Instruction, CR 3-40 (Modified).