CRIMINAL JURY TRIAL

CRIMINAL CASE NO. CR-25-470 -SLP DATE 4-14-2026

STYLE: UNITED STATES v. ANTHONY MICHAEL LENNON

PROCEEDINGS: JURY SELECTION and TRIAL

COMMENCED 9:40 ENDED 10:00
COMMENCED 10:10 ENDED 11:50
TOTAL TIME: 5 Hrs. 25 Mins.
COMMENCED 12:50 ENDED 4:15

JUDGE Scott L. Palk DEPUTY CLERK Lori Gray REPORTER Cassy Kerr

Plf counsel Tiffany Edgmon, Angela Ganote

Dft counsel Traci Rhone, Bonnie Blumert

Enter: Dft appears in person.

Before the jury panel is brought to the courtroom, the Court makes rulings as set out on the record. The Court has a Frye colloquy with counsel and the Defendant. Parties announce ready.

Jury duly empaneled. Jury sworn.

Court gives jury a preliminary instruction.

Rule invoked on mtn of plf - dft.

Plf - Dft make opening statements.

Plf presents case in chief with testimony of witnesses.

Plf’s exhibits admitted: 74, 1-18, 64, 65, 66, 67, 73, 69, 70, 71, 72.

Court adjourns to 4-15-2026 at 9:00 AM.

CASE NO. CR-25-470 -SLP DEPUTY Lori Gray JUDGE Scott L. Palk DATE 4-14-2026

WITNESSES FOR PLAINTIFF

1. Jacob Ott (sworn)
2. Jason Landrum, Moore Police Dept. (sworn)
3. Darrell Layton, DOC (sworn)
4. Autumn Glave (sworn)
5. Darrell Clark, USMS (sworn)

WITNESSES FOR DEFENDANT

1.
2.
3.
4.
5.